CLOSED

# U.S. District Court
# Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.2 (Revision 1.2)] (Syracuse)
# CRIMINAL DOCKET FOR CASE #: 5:19-mj-00255-ATB All Defendants
# Internal Use Only

Case title: USA v. Rudin  
Other court case number: 1:19-cr-10040-JDB Western District of Tennessee

Date Filed: 04/17/2019  
Date Terminated: 04/17/2019

Assigned to: US Magistrate Judge Andrew T. Baxter

### Defendant (1)

**Andrew Rudin**  
*M.D.*  
***TERMINATED: 04/17/2019***

represented by **Kimberly M. Zimmer**  
Zimmer Law Office PLLC  
The University Building  
120 E. Washington Street, Suite 815  
Syracuse, NY 13202  
315-422-9909  
Fax: 315-422-9911  
Email: kmz@kimzimmerlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Active*  
*Fee Status: paid_2017*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

21:846=CD.F Conspiracy to Distribute and Dispense Controlled Substances with Forfeiture Allegation

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Thomas R Sutcliffe**<br>DOJ-USAO<br>100 S Clinton St<br>Suite 9000<br>Syracuse, NY 13261<br>315-448-0690<br>Email: thomas.sutcliffe@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: *Assistant US Attorney*<br>Bar Status: *Active*<br>Fee Status: *waived_2019* |

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2019 | 1 | Rule 5(c)(3) Documents Received as to Andrew Rudin. (nmk) (Entered: 04/18/2019) |
| 04/17/2019 | | Rule 5(c)(3) arrest of Andrew Rudin. (nmk) (Entered: 04/18/2019) |
| 04/17/2019 | | TEXT Minute Entry for Initial Appearance pursuant to Rule 5(c)(3) held on 4/17/2019 before U.S. Magistrate Judge Andrew T. Baxter as to Andrew Rudin: A copy of the Indictment filed in the Western District of Tennessee is provided to the defendant. Prior to the proceeding court meets with counsel and probation in chambers. Defendant is advised of the charges and his rights. Defendant waives formal reading of the Indictment and enters a plea of not guilty as to count 1. The Government states the maximum penalties and advises it is not moving for detention, in light probation's recommendation of release. Judge Baxter explains each condition of release to the defendant and orders him released after processing. Defendant signs order setting conditions of release and is released on the stated conditions. Defendant waives his right to an identity hearing in this district. Defendant is directed to report to the Western District of Tennessee at a date and time to be arranged by the government and defense counsel. Appearances: Thomas Sutcliffe, AUSA; Kim Zimmer, Esq. for defendant. USPO: Jeff Loftus. (Court Reporter: Jodi Hibbard. In Chambers: 2:43 PM - 3:03 PM, In Court: 3:05 PM - 3:47 PM, 3:45 PM - 3:47 PM.) (nmk) (Entered: 04/18/2019) |
| 04/17/2019 | 2 | WAIVER of Rule 5(c)(3) Identity Hearing in this District by Andrew Rudin. (nmk) (Entered: 04/18/2019) |
| 04/17/2019 | 3 | ORDER: Setting Conditions of Release as to Andrew Rudin (1). Signed by U.S. Magistrate Judge Andrew T. Baxter on 4/17/2019. (nmk) (Entered: 04/18/2019) |

| | | |
|---|---|---|
| 04/18/2019 | 4 | TEXT NOTICE to the Clerk, Western District of Tennessee as to Andrew Rudin: On 4/17/2019, Defendant appeared in the NDNY as a result of an arrest warrant issued under your case number 1:19-cr-10040-JDB. The defendant waived his right to an Identity Hearing in this district and was Released on Conditions. Please contact Nicole Eallonardo at 315-234-8603 if you have any questions concerning this notice. [Copies of documents and docket sheet sent to Western District of Tennessee via email.] (nmk) (Entered: 04/18/2019) |