IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:19-cr-10040 |
| | ) | |
| ANDREW RUDIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

Now Comes the Defendant, ANDREW RUDIN, by and through his new counsel, Nishay K. Sanan, Esq., and moves this Court for Leave to file a substituted appearance on his behalf, in support thereof, Rudin states as follows:

1. On or about April 15, 2019, Mr. Rudin was indicted in the above referenced matter.

2. On April 24, 2019, after appearing before a Federal Court in New York, this matter was set before Magistrate York, for arraignment on April 26, 2019.

3. That on April 24, 2019, Daniel Taylor filed his appearance on behalf of Mr. Rudin.

4. On May 22, 2019, this counsel was admitted to practice in the Western District of Tennessee.

1

5. That on or about May 24, 2019, Mr. Rudin retained the services of Nishay K. Sanan, Esq., to represent him in the above captioned matter.

6. Mr. Rudin wishes to terminate the services of Attorney Taylor and has advised Mr. Taylor of the same. There has been e-mail communication between Mr. Rudin and both counsels. Mr. Taylor is aware that this Motion to Substitute is forthcoming.

7. Mr. Rudin requests that this Court grant him leave to allow his new attorney to file a substituted appearance in this matter instanter.

**WHEREFORE**, the defendant, Andrew Rudin, requests that this Court grant him leave to allow his new attorney to file a substituted appearance in this matter and that his previous attorney's appearance be withdrawn.

Respectfully Submitted,

/s/ Nishay K. Sanan
Nishay K. Sanan
Attorney for Defendant
53 W. Jackson Blvd.
Suite 1424
Chicago, IL 60604
312-692-0360
nsanan@aol.com

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on May 28, 2019.

                                                __/s/ Nishay Sanan_____