IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    No. 1:19-cr-10040-JDB

ANDREW RUDIN,

    Defendant.

_____

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
_____

    This cause coming before this Court on Defendant, Andrew Rudin's Motion to Substitute Counsel, upon said motion and for good cause shown, it is thereby ORDERED that Daniel Taylor, be withdrawn from this case and that Andrew Rudin will now and continue to be represented by Nishay K. Sanan as lead counsel.

    IT IS SO ORDERED this 31st day of May, 2019.

                                                                    s/ J. DANIEL BREEN
                                                                    UNITED STATES DISTRICT JUDGE