# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:19-cr-10040-03-JDB |
| | ) | |
| ANDREW RUDIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO CONTINUE REPORT DATE
## AND NOTICE OF RESETTING

This cause coming before this Court on Defendant, Andrew Rudin's Motion to RESET THE REPORT DATE, upon said motion and for good cause shown, it is thereby ORDERED that REPORT DATE as to Andrew Rudin is reset to **WEDNESDAY, JULY 10, 2019 at 1:15 p.m.** in Jackson Courtroom 2 before Judge J. Daniel Breen.

The period from June 12, 2019, through July 10, 2019, is excludable under 18 U.S.C. §3161(h)(8)(B)(iv) because the ends of justice is served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED,

On this 5th day of June 2019.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE