# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 19 CR 10040-03 |
| | ) | Hon. J. Daniel Breen |
| ANDREW RUDIN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## DR. RUDIN'S MOTION TO ADOPT YOUNG'S MOTION
## & MEMORANDUM TO CONTINUE TRIAL

Now comes the Defendant, Dr. Andrew Rudin, by and through his undersigned attorney, Nishay K. Sanan, and respectfully files this Motion to Adopt. In support thereof, Dr. Rudin states as follows:

1. On or about March 17, 2022, Defendant Young filed his Motion & Memorandum to Continue The Trail (Docket # 229).

2. Dr. Rudin is similarly situated as Young and therefore moves to adopt said Motion.

3. Based upon the forgoing, Dr. Rudin adopts the arguments set forth in said Motion and adopts them as his own.

WHEREFORE, Dr. Rudin prays that this Court enters an order allowing him to adopt Defendant Young's Motion to Continue.

Respectfully submitted,

/s/  Nishay K. Sanan
Attorney for Dr. Rudin

**Law Office of Nishay K. Sanan**
53 West Jackson Boulevard, Suite 1424
Chicago, Illinois 60604
312.386.7091
nsanan@aol.com


CERTIFICATE OF SERVICE

The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on March 30, 2022.


__/s/ Nishay Sanan_____