IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:19-cr-10040 |
| | ) | |
| ANDREW RUDIN, ET AL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

This cause coming before this Court on Defendant, DR. RUDIN'S MOTION TO ADOPT DEFENDANT YOUNG'S MOTION & MEMORANDUM TO CONTINUE TRIAL, upon said motion and for good cause shown, it is thereby ORDERED that said Motion is granted.

IT IS SO ORDERED,

On this _____ day of _____ 2022.


/s/
John T. Fowlkes Jr.
UNITED STATES DISTRICT JUDGE